Christopher P. Burke
526 Lander St.
Reno, NV 89509
(775) 333-9345
trusteecburke@gmail.com
Chapter 7 Trustee

Electronically filed: 10/27/2023

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA
***

In Re:

TAHOE HEMP, LLC

DEBTOR.

Case No. BK-23-50130-HLB

Chapter 7

**REPORT OF SALE OF PROPERTY OF THE ESTATE**

Hearing Date: N/A
Hearing Time: N/A

Chapter 7 Trustee, Christopher P. Burke, ('Trustee'), hereby gives Notice of Sale of Assets of the Estate of Tahoe Hemp LLC, identified as (1) 2019 monosem NG Plus 4 planter: and (2) a 2020 Checchi & Magli, at an auction on October 26, 2023, for a total combined sale's price of $7,500 which amount was within the Trustee's discretion. Said items were approved to be sold pursuant to the Order Approving Motion for Order Approving Employment of Auctioneer, Rabin Worldwide Auctions, and Approving Them to Market and Sell Property of the Estate [Dkt. 20]. Because the sale was less than $10,000, in Trustee's discretion, the parties have agreed to split the proceeds.

Submitted this 27TH day of October 2023.

/s/ Christopher P. Burke
Christopher P. Burke
Chapter 7 Trustee